UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DIANA ROLLINS,                              )
                                            )
      Plaintiff(s),                       )
                                            )
  v.                                      )     No. 4:26-CV-00295-SRW
                                            )
BOEHRINGER LABORATORIES, LLC,               )
                                            )
      Defendant(s).                       )
                                            )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

[ ]  The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

#### Option 2

[X]  An ADR conference was held on: __August 5, 2026_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on __August 5, 2026_____.
The parties [x did  □ did not] achieve a settlement. ***Check one***

#### Option 3

[ ]  Although this case was referred to ADR, a conference WAS NOT HELD.

      Date: __August 12, 2026_____    Neutral: __/s/ Francis X. Neuner, Jr._____

                                     NEUNER JR., FRANCIS X.
                                     Signature